PEOPLE v RUFFIN. Appeal from Recorder's Court of Detroit, Thomas L. Poindexter, J. Submitted Division 1 December 14, 1971, at Detroit. (Docket No. 11670.) Decided January 28, 1972. Leave to appeal denied, 387 Mich 786.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Susan Licata Haroutunian,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and LEVIN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to assault with intent to rob while being armed and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.